65 Lake Ave., LLC v Lender Consulting Servs., Inc. (2023 NY Slip Op 06683)

65 Lake Ave., LLC v Lender Consulting Servs., Inc.

2023 NY Slip Op 06683

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND NOWAK, JJ.

996 CA 23-00886

[*1]65 LAKE AVENUE, LLC, PLAINTIFF-RESPONDENT,
v
LENDER CONSULTING SERVICES, INC., DEFENDANT-APPELLANT. 

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (STEVEN W. WILLIAMS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
MAGAVERN MAGAVERN & GRIMM LLP, BUFFALO (RICHARD A. MOORE OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Dennis E. Ward, J.), entered April 10, 2023. The order denied the motion of defendant to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court